IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mireles Jr, Carlos | Case Number: 04 B 47793 |
|---|---|---|
| | Mireles, Leticia | Judge: Hollis, Pamela S |
| | Printed: 1/15/08 | Filed: 12/30/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 5, 2007
Confirmed: April 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 18,775.00 | |
| Secured: | | 12,708.27 |
| Unsecured: | | 4,210.13 |
| Priority: | | 0.00 |
| Administrative: | | 1,040.00 |
| Trustee Fee: | | 802.15 |
| Other Funds: | | 14.45 |
| Totals: | 18,775.00 | 18,775.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bradley H. Foreman, P.C. | Administrative | 1,040.00 | 1,040.00 |
| 2. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 3,486.09 | 547.34 |
| 5. | Aurora Loan Service | Secured | 9,781.49 | 1,544.44 |
| 6. | Triad Financial Services | Secured | 10,616.49 | 10,616.49 |
| 7. | Peoples Energy Corp | Unsecured | 322.31 | 130.92 |
| 8. | Superior Air Ground | Unsecured | 176.23 | 136.75 |
| 9. | Triad Financial Services | Unsecured | 723.74 | 578.48 |
| 10. | Macneal Hospital | Unsecured | 222.12 | 172.37 |
| 11. | Beneficial | Unsecured | 989.59 | 790.98 |
| 12. | Specialized Management Consultants | Unsecured | 143.76 | 111.55 |
| 13. | Midwest Anesthesiologists | Unsecured | 47.52 | 36.89 |
| 14. | National Capital Management | Unsecured | 1,724.07 | 1,378.02 |
| 15. | B-Line LLC | Unsecured | 1,093.68 | 874.17 |
| 16. | Advocate Health Care | Unsecured | | No Claim Filed |
| 17. | Credit Solutions Corporation | Unsecured | | No Claim Filed |
| 18. | Apria Health Care | Unsecured | | No Claim Filed |
| 19. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 20. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 21. | HSBC Mortgage Services | Unsecured | | No Claim Filed |
| 22. | Lawn Obstetrics | Unsecured | | No Claim Filed |
| 23. | Lyna Massih MD | Unsecured | | No Claim Filed |
| 24. | Nextel Communications | Unsecured | | No Claim Filed |
| 25. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mireles Jr, Carlos  
Mireles, Leticia  
Printed: 1/15/08

Case Number: 04 B 47793  
Judge: Hollis, Pamela S  
Filed: 12/30/04

| | | | |
|---|---|---|---|
| 26. Retrieval Masters | Unsecured | | No Claim Filed |
| 27. Wal Mart Stores | Unsecured | | No Claim Filed |
| 28. Verizon Wireless | Unsecured | | No Claim Filed |
| 29. Verizon Wireless | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 30,367.09 | $ 17,958.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 275.70 |
| 5.5% | 527.18 |
| 5% | (0.73) |
| | _____ |
| | $ 802.15 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____